| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Emad | Soliman | Daoud |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | Marizol | | Daoud |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | 6:23-bk-14605 | | |

☐ Check if this is an amended filing

# Official Form 106C
# Schedule C: The Property You Claim as Exempt
4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   ☒ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on Schedule A/B that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| 23422 Camino Terraza Rd., Corona, CA 92883<br>Line from *Schedule A/B*: 1.1 | $1,029,200.00 | ☒ $282,061.45<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| 2023 Chevrolet Silverado 3092 miles<br>Line from *Schedule A/B*: 3.1 | $70,641.00 | ☒ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| Washer and Dryer<br>Line from *Schedule A/B*: 6.1 | $400.00 | ☒ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Master Bedroom Set<br>Line from *Schedule A/B*: 6.2 | $700.00 | ☒ $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Children's Bedroom Set<br>Line from *Schedule A/B*: 6.3 | $300.00 | ☒ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

Debtor 1 Emad Soliman Daoud
Debtor 2 Marizol Daoud                                            Case number (if known) 6:23-bk-14605

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Living Room Set<br>Line from Schedule A/B: 6.4 | $500.00 | ☒ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Family Room Sofa and End Table Set<br>Line from Schedule A/B: 6.5 | $300.00 | ☒ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Dining Room Set<br>Line from Schedule A/B: 6.6 | $400.00 | ☒ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Outdoor Furniture Set<br>Line from Schedule A/B: 6.7 | $150.00 | ☒ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Refrigerator<br>Line from Schedule A/B: 6.8 | $75.00 | ☒ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Miscellaneous Small Kitchen Appliances<br>Line from Schedule A/B: 6.9 | $200.00 | ☒ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Dishes, Silverware, and Servingware<br>Line from Schedule A/B: 6.10 | $50.00 | ☒ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Pots and Pans<br>Line from Schedule A/B: 6.11 | $50.00 | ☒ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| 2 Televisions<br>Line from Schedule A/B: 7.1 | $150.00 | ☒ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Kimber Pistol<br>Line from Schedule A/B: 10.1 | $300.00 | ☒ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Shotgun<br>Line from Schedule A/B: 10.2 | $150.00 | ☒ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Remington Rifle<br>Line from Schedule A/B: 10.3 | $150.00 | ☒ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

| Debtor 1 | Emad Soliman Daoud | | |
|---|---|---|---|
| Debtor 2 | Marizol Daoud | Case number (if known) | 6:23-bk-14605 |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  Copy the value from Schedule A/B | Amount of the exemption you claim  Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Family Clothing (1 Adult Male, 1 Adult Female and 2 Male Children)  Line from Schedule A/B: 11.1 | $600.00 | ☒ $600.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Monogrammed Louis Vuitton Tote Bag  Line from Schedule A/B: 11.2 | $1,200.00 | ☒ $1,200.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Wedding Bands and Engagement  Line from Schedule A/B: 12.1 | $1,200.00 | ☒ $1,200.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| Misc. Women's Jewelry  Line from Schedule A/B: 12.2 | $50.00 | ☒ $50.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| Gold Plated Chain and Cross  Line from Schedule A/B: 12.3 | $25.00 | ☒ $25.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| Cash on Hand  Line from Schedule A/B: 16.1 | $1,500.00 | ☒ $1,500.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| JPMorgan Chase Bank, N.A.  Line from Schedule A/B: 17.1 | $2.27 | ☒ $2.27  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| JPMorgan Chase Bank, N.A.  Line from Schedule A/B: 17.2 | $78,980.72 | ☒ $0.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| JPMorgan Chase Bank, N.A.  Line from Schedule A/B: 17.3 | $78,149.01 | ☒ $0.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |

3. Are you claiming a homestead exemption of more than $189,050?
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☐ No
   ☒ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☒ No
       ☐ Yes