Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Emad | Soliman | Daoud |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Marizol | | Daoud |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number 6:23-bk-14605
(if known)

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**
☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
☒ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1** Chase Auto Finance<br>Creditor's Name | Describe the property that secures the claim:<br>2022 Cadillac Escalade 21375 miles | $99,080.00 | $75,918.00 | $0.00 |

700 Kansas Ln
Monroe, LA 71203-4774
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  2023-06        Last 4 digits of account number  5016

| | | | | |
|---|---|---|---|---|
| **2.2** Gm Financial<br>Creditor's Name | Describe the property that secures the claim:<br>2023 Chevrolet Corvettte 334 miles | $115,271.00 | $88,379.00 | $0.00 |

PO Box 181145
Arlington, TX 76096-1145
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  2023-06        Last 4 digits of account number  7519

| Debtor 1 | Emad Soliman Daoud | | | Case number (if known) | 6:23-bk-14605 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Marizol Daoud | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.3 | Johni Sawa | Describe the property that secures the claim: | $317,493.39 | $157,129.73 | $160,363.66 |
|---|---|---|---|---|---|

Creditor's Name

Checking:JPMorgan Chase Bank, N.A. ; Checking:JPMorgan Chase Bank, N.A.

8711 E Wiley Way

Anaheim, CA 92808
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)   Money Judgment Levy

Date debt was incurred   March 5, 2020       Last 4 digits of account number   2986

---

| 2.4 | Select Portfolio Servicing, Inc | Describe the property that secures the claim: | $748,824.00 | $1,029,200.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

23422 Camino Terraza Rd., Corona, CA 92883

10401 Deerwood Park Blvd
Jacksonville, FL 32256-5007
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred   2023-05       Last 4 digits of account number   4412

---

| 2.5 | Td Auto Finance | Describe the property that secures the claim: | $78,822.00 | $70,641.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

2023 Chevrolet Silverado 3092 miles

PO Box 9223
Farmington, MI 48333-9223
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred   2023-06       Last 4 digits of account number   0774

---

Add the dollar value of your entries in Column A on this page. Write that number here: $1,359,490.39

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $1,359,490.39

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

| Debtor 1 | Emad Soliman Daoud | | | Case number (if known) | 6:23-bk-14605 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Marizol Daoud | | | | |
| | First Name | Middle Name | Last Name | | |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ] Name, Number, Street, City, State & Zip Code
Chase Auto Finance
Attn: Bankruptcy
PO Box 901076
Fort Worth, TX 76101-2076

On which line in Part 1 did you enter the creditor? 2.1
Last 4 digits of account number ___

[ ] Name, Number, Street, City, State & Zip Code
E-Tail Network, Inc. dba Asset Liq. Grp.
4533 MacArthur Blvd, Suite 330
Newport Beach, CA 92660

On which line in Part 1 did you enter the creditor? 2.3
Last 4 digits of account number  CCJC

[ ] Name, Number, Street, City, State & Zip Code
Gm Financial
Attn: Bankruptcy
PO Box 183853
Arlington, TX 76096-3853

On which line in Part 1 did you enter the creditor? 2.2
Last 4 digits of account number ___

[ ] Name, Number, Street, City, State & Zip Code
Scott Baugh & Associates
13681 Newport Ave., Suite 8-388
Tustin, CA 92780

On which line in Part 1 did you enter the creditor? 2.3
Last 4 digits of account number  CCJC

[ ] Name, Number, Street, City, State & Zip Code
Select Portfolio Servicing, Inc
Attn: Bankruptcy
PO Box 65250
Salt Lake City, UT 84165-0250

On which line in Part 1 did you enter the creditor? 2.4
Last 4 digits of account number ___

[ ] Name, Number, Street, City, State & Zip Code
Td Auto Finance
Attn: Bankruptcy
PO Box 9223
Farmington Hills, MI 48333-9223

On which line in Part 1 did you enter the creditor? 2.5
Last 4 digits of account number ___